Nos. 5369 y 5428.—Marchán, et al., apldos., *v.* Fernández, aplte. —Marchán, et al., apldos., *v.* Moczó et als., apltes.—C. D. San Juan. Mayo 12, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, estando estos casos pendientes en apelación ante esta

Corte, las partes han llegado a una transacción que nos han presentado para su aprobación.

POR CUANTO, la estipulación presentada envuelve un cambio o modificación de la sentencia apelada que necesariamente afecta los méritos de las contiendas litigiosas suscitadas ante la corte inferior.

POR CUANTO, según hemos resuelto en el caso de *Medina* v. *Sucesión Rivera Luna,* 42 D.P.R. 330, un recurso de apelación se establece para ser resuelto por sus méritos a menos que cualquier cuestión técnica o de procedimiento lo impida, y esta Corte sólo puede revocar, confirmar o modificar la resolución o sentencia de una corte de distrito colocándose en las mismas condiciones en que estuvo colocada la corte sentenciadora para actuar.

POR TANTO, *no ha lugar* a aprobar la estipulación presentada.